IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STEPHON CHAPMAN, PLAINTIFF,

VS. CIVIL ACTION NO. 4:07CV052-P-D

STATE OF MISSISSIPPI, et al., DEFENDANT.

## ORDER

This matter comes before the court upon Defendants Howard Johnson and Vickie Price's Motion for Change of Venue [80]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

It is undisputed that although the plaintiff initially injured his foot in the Southern District of Mississippi, some of the alleged inactions complained of in the Second Amended Complaint occurred at the Mississippi State Penitentiary in Parchman, Mississippi which is located in the Northern District of Mississippi. The court finds that, pursuant to 28 U.S.C. § 1391(b)(2), the Northern District of Mississippi is a "judicial district in which a substantial part of the events or admissions giving rise to the claim occurred."

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants Howard Johnson and Vickie Price's Motion for Change of Venue [80] is **DENIED**.

**SO ORDERED** this the 21st day of July, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE